UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-230 RHK/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT P. ANDERSON,<br>Defendant,<br>YELLOW CAB,<br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about July 24, 2000,.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about August 22, 2000. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, did not have in its possession and under its control, personal property belonging to and due the defendant.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on July 24, 2000 is hereby released.

Dated: 9/5/00

Raymond L. Erickson
Judge
United States District Court

FILED SEP 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________